**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEONARD L. BABIUK,**

      **Plaintiff,**

**-vs-**                                                                **Case No. 6:09-cv-1508-Orl-28DAB**

**GARY G. LAKE and BUDGET RENT A CAR SYSTEM, INC.,**

      **Defendants.**

_____

## ORDER

This cause is before the Court on the Motion to Dismiss with Prejudice (Doc. 21) filed by Defendant Gary Lake ("Lake"). Plaintiff has not responded to the motion, and the time in which to do so has elapsed.

In the motion, Lake notes that on February 2, 2010, Plaintiff's counsel filed a Suggestion of Death (Doc. 20) indicating that Plaintiff died on January 22, 2010. Additionally, Lake aptly notes that Federal Rule of Civil Procedure 25(a)(1) provides that if a motion for substitution of party "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." No motion was made within ninety days of February 2, 2010, and thus this case must be dismissed.[1]

Accordingly, it is **ORDERED** that the Motion to Dismiss with Prejudice (Doc. 21) filed

---

[1] The only remaining claim in this case is Count I, which is brought against Lake. The claim (Count II) against the other Defendant, Budget Rent a Car System, Inc., was dismissed by prior Order (Doc. 17).

by Defendant Gary Lake is **GRANTED**. This case is **DISMISSED with prejudice**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida this 2nd day of June, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record